## LOCAL FORM 5005-7(c)(3)(B)

Debtor name(s): Atlanta's Cascade Concrete Pumping & Foundations, Inc.

### DECLARATION UNDER PENALTY OF PERJURY CONCERNING PETITION, SCHEDULES, SUMMARY OF SCHEDULES, AND STATEMENT OF FINANCIAL AFFAIRS

Each of the undersigned declares under penalty of perjury —

(1) My attorney is filing on my behalf

*Chapter 11*
*10 - 82335-jb*

☒ the original of or ☐ the amendment to
[check applicable box]

the following papers in the United States Bankruptcy Court for the Northern District of Georgia (check applicable box for papers that are to be filed simultaneously with this Declaration);

| | |
|---|---|
| ☐ *Petition | ☒ Schedule F |
| ☒ List of all Creditors | ☒ Schedule G |
| ☒ *List of 20 largest creditors | ☒ Schedule H |
| ☒ Schedule A | ☐ Schedule I |
| ☒ Schedule B | ☐ Schedule J |
| ☐ Schedule C | ☒ *Declaration Concerning Debtor's Schedules |
| ☒ Schedule D | ☒ *Statement of Financial Affairs |
| ☒ Schedule E | |

(2) that I have read each of the documents described above;

(3) that with respect to each document described above marked with an asterisk, I signed the Declaration under penalty of perjury attached to or part of such document; and

(4) that when I signed this Declaration, the foregoing documents were not blank or partially complete; and

(5) that the information provided in the above documents is true and correct to the best of my knowledge, information and belief.

Dated: 8-24-2010

Signature: _____
Type or Print Name: Marshell Ogando, President

Signature: _____
Type or Print Name: _____
(If Joint Debtors, Both Must Sign)

### Attorney's Certification

The undersigned attorney for the above Debtor(s) certifies to the Court that: (1) the Debtor(s)(or, if the Debtor is an entity, an authorized agent of the Debtor) will have signed this form and the documents referred to above before I file them; (2) no material change was made in the documents referred to above after the Debtor(s) (or authorized agent) read and signed the final paper copy of those documents, including Declarations attached to those documents and the foregoing Declaration; and (3) those documents are the documents filed with the court simultaneously with this Certification.

Dated: 8/24/2010

Type or Print Name: Allen Meadors

Bar Number: 500150

Action tire
410 Lees Mill Road
Forest Park, GA 30297

Allen Precision Equipment
1550 Boggs Rd.
Duluth, GA 30096

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Atlanta Fuel
P.O. Box 93586
Atlanta, GA 30377-0586

Broadview Business Security
925 Research Center
Atlanta, GA 30331-7201

Brundage-Bone Concrete
P.O. Box 535272
Atlanta, GA 30353-5272

Capital Crossing Servicing Company
101 Summer Street
Boston, MA 02110

Capital One Auto Finance
P.O. Box 93016
Long Beach, CA 90809-3016

Cintas Corporation #071
3600 Kennesaw 75 Parkway
Kennesaw, GA 30144

Concerta Occupational Hlth.
P.O. Box 82730
Hapeville, GA 30354-0730

Concrete Pump Supply
1869 S Cobb Ind Blvd, #20
Smyrna, GA 30082

Construction Materials, Inc.
P.O. Box 11407
Birmingham, AL 35246-1374

Data Fax, Inc.
2001 9th Av., Ste. 104
Vero Beach, FL 32960

Diamond Speed Products
P.O. Box 502
Franklin Park, IL 60131

Ernst Cobb County, Inc.
1435 Lockhart Drive
Kennesaw, GA 30144

Ernst Enterprises of Georgia
P.O. Box 809
Lawrenceville, GA 30046

Forrestall, Galeano&Li CPA
4120 Presidential Parkway
Atlanta, GA 30340

Georgia Dept. of Labor
P.O. Box 740234
Atlanta, GA 30374

Georgia Dept. of Labor
Attn:  Tambra Thomas
1630 Phoenix Blvd.
Suite 204
College Park, GA 30349-5506

Georgia Dept. of Revenue
Taxpayer Services Division
P.O. Box 105499
Atlanta, GA 30348-5499

Georgia Dept. of Revenue
Processing Center
P.O. Box 105544
Atlanta, GA 30348-5544

Great American Leasing
P.O. Box 660831
Dallas, TX 75266

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673-1219

Home Depot
P.O. box 6029
The Lakes, NV 88901-6029

Internal Revenue Service
Cincinnati, OH 45999-0039

Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280-4522

J & A concrete, Inc.
5997 Lanier Blvd.
Norcross, GA 30071

LDI
5442 Frontage Rd., Ste. 125
Forest Park, GA 30297

Lowe's Business Account
P.O. Box 530970
Atlanta, GA 30353-0970

Marshell & Rafael Ogando
925 Research Atlanta Dr.
Atlanta, GA 30331

Maywether Enterprises, Inc.
875 York Ave SW
Atlanta, GA 30310

Mobile Mini, Inc.
P.O. Box 79149
Phoenix, AZ 85062-9149

Parra Const. & Concrete LLC
2903 Davie  Dr.
Durham, NC 27704

Power Tool Service, Inc.
1420 Collier Road NW
Atlanta, GA 30318-2814

RAM Tool A/R Dept.
P.O. Box 320979
Birmingham, AL  35232

Reed Construction Data, Inc.
P.O. Box 2241
Carol Stream, IL 60132-2241

Roma Concrete
293 Old Ball Ground Rd.
Canton, GA 30115

Southern Office Machines
1555 Williams Drive, #110
Marietta, GA 30066

Stearns Bank N.A.
500 13th Street
P.O. Box 750
Albany, MN 56307-0750

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Suntrust Bank
P.O. Box 622227
Orlando, FL 32862-2227

Suntrust Bank
P.O. Box 79079
Baltimore, MD 21279-0079

Sprint
P.O. Box 105243
Atlanta, GA 30348-5243

Thomas Concrete
P.O. Box 725569
Atlanta, GA  31139

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

USA Ready Mix USA, LLC
P.O. Box 2069
Woodstock, GA 30188

Walker Concrete
P.O. Box 2637
Stockbridge, GA 30281

Walker Construction Product
9344 South Main Street
Jonesboro, GA 30236

Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834

HD Supply-White Cap
P.O. Box 535209
Atlanta, GA 30353-5209

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re: <u>Atlanta's Cascade Concrete Pumping & Foundations, Inc.</u>       Case No.: <u>10-82335-jb</u>

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent,… | (5) |
|---|---|---|---|---|
| Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210 | Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210<br>617-880-1000 | Loan on equipment | | $325,021.05<br><br>Secured:<br>$20,000.00 |
| Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210 | Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210<br>617-880-1000 | Loan on building & warehouse | | $99,355.27<br><br>Secured:<br>$160,000.00 |
| Internal Revenue Service<br>P.O. Box 804522<br>Cincinnati, OH  45280-4522 | Internal Revenue Service<br>P.O. Box 804522<br>Cincinnati, OH  45280-4522 | 941's due | | $90,000.00 |

| | | | | |
|---|---|---|---|---|
| Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210 | Capital Crossing Servicing Co., LLC<br>101 Summer Street<br>Boston, MA  0210<br>617-880-1000 | Loan on 1<br>acre of land | | $61,089.81<br><br>Secured:<br>$35,000.00 |
| RAM Tool A/R Dept.<br>P.O. Box 320979<br>Birmingham, AL  35232 | RAM Tool A/R Dept.<br>P.O. Box 320979<br>Birmingham, AL  35232<br>205-776-3208 | Trade debt | | $55,921.31 |
| Walker Concrete<br>P.O. Box 2069<br>Woodstock, GA 30188 | Walker Concrete<br>P.O. Box 2069<br>Woodstock, GA 30188678-479-8392 | Trade debt | | $54,640.98 |
| Thomas Concrete<br>P.O. Box 725569<br>Atlanta, GA  31139 | Thomas Concrete<br>P.O. Box 725569<br>Atlanta, GA  31139<br>770-431-3300 | Trade debt | | $41,896.11 |
| Ernst Enterprises of Georgia<br>P.O. Box 809<br>Lawrenceville, GA 30046 | Ernst Enterprises of Georgia<br>P.O. Box 809<br>Lawrenceville, GA 30046<br>770-995-9098 | Trade debt | | $35,167.93 |
| American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448 | American Express<br>P.O. Box 650448<br>Dallas, TX  75265-0448<br>800-297-3276 | Credit<br>account | | $25,628.94 |
| USA Ready Mix USA, LLC<br>P.O. Box 2069<br>Woodstock, GA 30188 | USA Ready Mix USA, LLC<br>P.O. Box 2069<br>Woodstock, GA 30188<br>678-388-5800 | Trade debt | | $16,322.11 |
| J & A Concrete, Inc.<br>5997 Lanier Blvd.<br>Norcross, GA 30071 | J & A Concrete, Inc.<br>5997 Lanier Blvd.<br>Norcross, GA 30071<br>770-318-2251 | Trade debt | | $14,472.30 |
| Georgia Dept. of Labor<br>Unemployment Taxes<br>1630  Phoenix Blvd., #204<br>College Park, GA 30349 | Georgia Dept. of Labor<br>Unemployment Taxes<br>1630  Phoenix Blvd., #204<br>College Park, GA 30349 | Unemploy-<br>ment taxes | | $12,258.75 |
| Mayweather Enterprise, Inc.<br>875 York Ave SW<br>Atlanta, GA 30310 | Mayweather Enterprise, Inc.<br>875 York Ave SW<br>Atlanta, GA 30310<br>404-753-9222 | Trade debt | | $12,000.00 |
| Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901-6029 | Home Depot<br>P.O. Box 6029<br>The Lakes, NV 88901-6029<br>800-685-6691 | Credit<br>account | | $7,303.70 |
| Suntrust Bank<br>P.O. Box 622227<br>Orlando, FL  32862-2227 | Suntrust Bank<br>P.O. Box 622227<br>Orlando, FL  32862-2227<br>800-786-8787 | Credit<br>account | | $5094.35 |

| | | | | |
|---|---|---|---|---|
| United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711<br>800-252-2268 | Trade debt | | $3,227.90 |
| Atlanta Fuel<br>P.O. Box 93586<br>Atlanta, GA 30377-0586 | Atlanta Fuel<br>P.O. Box 93586<br>Atlanta, GA 30377-0586<br>404-792-9888 | Trade debt | | $2,534.87 |
| Brundage-Bone Concrete<br>P.O. Box 535272<br>Atlanta, GA 30353-5272 | Brundage-Bone Concrete<br>P.O. Box 535272<br>Atlanta, GA 30353-5272<br>404-762-9633 | Trade debt | | $2,500.00 |
| Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211<br>866-907-8498 ext. 2125 | Trade debt | | $2,457.27 |
| LDI<br>5442 Frontage Rd., Ste. 125<br>Forest Park, GA 30297 | LDI<br>5442 Frontage Rd., Ste. 125<br>Forest Park, GA 30297<br>770-761-4377 | Trade debt | | $2,395.39 |

## DECLARATION UNDER PENALTY OF PEJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the president of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: August 24, 2010                Signature: /s/ Marshell Ogando

B6A (Official Form 6A) (12/07)

In re  Atlanta's Cascade Concrete Pumping ...          ,          Case No.  10-82335-jb
_____                    _____
              **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Office Building and Warehouse 925 Research Center Atlanta Dr. | Fee Simple | | 160,000.00 | 259,355.37 |
| 1 Acre of Land 925 Research Center Atlanta Dr. | Fee Simple | | 35,000.00 | 96,089.81 |
| | | Total▶ | 195,000.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re   Atlanta's Cascade Concrete Pumping ...  ,          Case No.   10-82335-jb
        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty Cash | | 250.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 3 SunTrust checking accounts 3127,6862,7863<br>2 Chase checking accounts 7834, 4519 | | 354.21 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re _____,                    Case No. _____
                        **Debtor**                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | Accounts Receivable | ± | 500,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re _____,    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | Customer Information Database | | 10.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 06' Concrete Pump Truck, 06' Loader & Excavator, 08' GMC G-1500 Truck, 07' Isuzzu | | 39,000.00 |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture, computers, printers, phones, office supplies | | 6,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | Misc. Inventory | | 12,000.00 |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached    Total ▶    $    557,614.21

(Include amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Atlanta's Cascade Concrete Pumping    ,        Case No.  10-82335-jb
         **Debtor**                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0001 <br><br> Capital Crossing Servicing Co., LLC <br> 101 Summer Street <br> Boston, MA  02110 | X | | 1/08  Fee Simple <br> 1 acre of land at <br> 925 Reseach <br> Center Atlanta Dr. <br><br> VALUE $ 35,000.00 | | | | 96,089.81 | 61,089.81 |
| ACCOUNT NO.  0001 <br><br> Capital Crossing Servicing Co., LLC <br> 101 Summer Street <br> Boston, MA  02110 | X | | 1/08  Fee Simple <br> Office& <br> Warehouse <br> 925 Research <br><br> VALUE $ 160,000.00 | | | | 259,355.37 | 99,355.37 |
| ACCOUNT NO.  0001 <br><br> Capital Crossing Servicing Co., LLC <br> 101 Summer Street <br> Boston, MA  02110 | x | | 1/08 <br> 2006 Concrete <br> Pump Truck <br><br> VALUE $ 20,000.00 | | | | 345,021.05 | 325,021.05 |

| | | |
|---|---|---|
| <u>  1  </u>  continuation sheets <br> attached | Subtotal ▶ <br> (Total of this page) | $  700,466.23 | $  485,466.23 |
| | Total ▶ <br> (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07) – Cont.                                                                        2

In re   Atlanta's Cascade Concrete ...         ,        Case No.   10-82335-jb
          **Debtor**                                                           **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0207<br><br>Capital One Auto Finance<br>P.O. Box 93016<br>Long Beach,CA90809 | | | 1/09<br>2008 GMC G-1500 Truck<br><br>VALUE $  8,000.00 | | | | 17,000.00 | 0.00 |
| ACCOUNT NO. 0207<br><br>Hatachi Capital America Corp.<br>21925 Network Place<br>Chicago, IL 60673 | | | 6/07 2007 Isuzzu NQR<br><br><br>VALUE $  5,000.00 | | | | 12,000.00 | 0.00 |
| ACCOUNT NO. 4576<br><br>Stearns Bank NA<br>P.O. Box 750<br>Albany, NY 56307 | | | 2006 Loader & Excavator<br><br>VALUE $  6,000.00 | | | | 2,500.00 | 0.00 |
| ACCOUNT NO. 4681<br><br>SunTrust Bank<br>P.O. Box 79079<br>Baltimore, MD  21279 | | | 6/07<br>Line of Credit<br><br>VALUE $ 14,416,364.00 | | | | 144,163.64 | 0.00 |
| ACCOUNT NO. 2528<br><br>Wells Fargo Business Direct<br>P.O. Box 348750<br>Sacramento,CA95834 | | | Line of Credit<br><br>VALUE $  74,041.31 | | | | 74,041.31 | 0.00 |

Sheet no.____of____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 249,704.95 | $ 0.00 |
|---|---|

Total(s) ▶
(Use only on last page)

| $ 950,171.18 | $ 485,466.23 |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10)

In re  Atlanta's Cascade Concrete Pumping ,          Case No.  10-82335-jb
            Debtor                                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/10) – Cont.

In re  Atlanta's Cascade Concrete Pumping                ,    Case No. 10-82335-jb
_____                   _____
Debtor                                                              (if known)


☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).


*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*


                                   1   continuation sheets attached
                              _____

B 6E (Official Form 6E) (04/10) – Cont.

In re    Atlanta's Cascade Concrete ...                          ,    Case No.    10-82335-jb

Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | unemployment taxes due for 2nd quarter 09' 3rd quarter 09' 4th quarter 09' | | | | | | |
| Georgia Dept. of Labor Unemployment Taxes 1630 Phoenix Blvd., #204 College Park, GA 30349 | | | | | | | 12,258.75 | 12,258.75 | 0.00 |
| Account No. | | | payroll taxes due 3rd quarter 09' | | | | | | |
| Georgia Dept. of Revenue Processing Center P.O. Box 105544 Atlanta, GA 30348-5544 | | | | | | | 4,738.72 | 4,738.72 | 0.00 |
| Account No. | | | 941's due 1st, 2nd, 3rd, 4th quarter 09; 1st quarter 2010 | | | | | | |
| Internal Revenue Service P.O. Box 804522 Cincinnati, OH 45280-4522 | | | | | | | 90,000.00 | 90,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page) | $ 106,997.47 | $ 106,997.40 | 0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | |

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 106,997.40 | $ 0.00

B 6F (Official Form 6F) (12/07)

In re  Atlanta's Cascade Concrete Pumping ...          ,    Case No.  10-82335-jb
         Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Action Tire <br> 410 Lees Mill Road <br> Forest Park, GA 30297 | | | open account | | | | 1,594.44 |
| ACCOUNT NO.  8690 <br><br> Allen Precision Equipment <br> 1550 Boggs Rd. <br> Duluth, GA  30096 | | | open account | | | | 121.39 |
| ACCOUNT NO.  1008 <br><br> American Express <br> P.O. Box 650448 <br> Dallas, TX 75265-0448 | | | 1/08 <br> credit account | | | | 25,628.94 |
| ACCOUNT NO.  1005 <br><br> American Express <br> P.O. Box 650448 <br> Dallas, TX 75265-0448 | | | 1/08 <br> credit account | | | | 1,896.98 |

Subtotal▶  $  29,241.75

_____ continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...               ,          Case No.   10-82335-jb
_____               _____
          **Debtor**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0527 <br><br> Atlanta Fuel <br> P.O. Box 93586 <br> Atlanta, GA 30377-0586 | | | open account | | | | 2,534.87 |
| ACCOUNT NO. 8005 <br><br> Broadview Business Security <br> 925 Research Center <br> Atlanta, GA 30331-7201 | | | 1/10 <br> security system account | | | | 475.91 |
| ACCOUNT NO. <br><br> Brundage-Bone Concrete <br> P.O. Box 535272 <br> Atlanta, GA 30353-5272 | | | open account | | | | 2,500.00 |
| ACCOUNT NO. <br><br> Cintas Corporation #071 <br> 3600 Kennesaw 75 Parkway <br> Kennesaw, GA 30144 | | | open account | | | | 311.26 |
| ACCOUNT NO. 5029 <br><br> Concerta Occupational Hlth. <br> P.O. Box 82730 <br> Hapeville, GA 30354-0730 | | | open account | | | | 474.00 |

Sheet no._____ of_____ continuation sheets attached                    Subtotal➤    $
to Schedule of Creditors Holding Unsecured                                                      6,296.04
Nonpriority Claims

                                                                          Total➤    $
                              (Use only on last page of the completed Schedule F.)
                              (Report also on Summary of Schedules and, if applicable on the Statistical
                                   Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ... _____ ,          Case No.  10-82335-jb
         **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Concrete Pump Supply<br>1869 S Cobb Ind Blvd, #20<br>Smyrna, GA 30082 | | | 2003<br>open account | | | | 599.40 |
| ACCOUNT NO. 4211<br>Construction Materials, Inc.<br>P.O. Box 11407<br>Birmingham, AL 35246-1374 | | | 2008<br>open account | | | | 2,078.35 |
| ACCOUNT NO. 0271<br>Data Fax, Inc.<br>2001 9th Av., Ste. 104<br>Vero Beach, FL 32960 | | | 2009<br>open account | | | | 174.00 |
| ACCOUNT NO.<br>Diamond Speed Products<br>P.O. Box 502<br>Franklin Park, IL 60131 | | | 2009<br>open account | | | | 317.62 |
| ACCOUNT NO. 0760<br>Ernst Cobb County, Inc.<br>1435 Lockhart Drive<br>Kennesaw, GA 30144 | | | 2008<br>open account | | | | 992.65 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  4,162.02

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...                    ,          Case No.   10-82335-jb
_____          _____
          **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0851<br><br>Ernst Enterprises of Georgia<br>P.O. Box 809<br>Lawrenceville, GA 30046 | | | 2007<br>open account | | | | 35,167.93 |
| ACCOUNT NO.<br><br>Forrestall, Galeano&Li CPA<br>4120 Presidential Parkway<br>Atlanta, GA 30340 | | | 2009<br>professional services | | | | 1,575.00 |
| ACCOUNT NO.<br><br>Great American Leasing<br>P.O. Box 660831<br>Dallas, TX 75266 | | | 2009<br>copier service account | | | | 270.00 |
| ACCOUNT NO. 3206<br><br>Home Depot<br>P.O. box 6029<br>The Lakes, NV 88901-6029 | | | 2007<br>credit account | | | | 7,303.70 |
| ACCOUNT NO.<br><br>J & A concrete, Inc.<br>5997 Lanier Blvd.<br>Norcross, GA 30071 | | | 2006<br>open account | | | | 14,472.30 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  58,788.93

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...            ,          Case No.  10-82335-jb
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2008 <br><br> LDI <br> 5442 Frontage Rd., Ste. 125 <br> Forest Park, GA 30297 | | | 2008 <br> open account | | | | 2,395.39 |
| ACCOUNT NO. 6661 <br><br> Lowe's Business Account <br> P.O. Box 530970 <br> Atlanta, GA 30353-0970 | | | 2008 <br> credit account | | | | 429.48 |
| ACCOUNT NO. <br><br> Marshell & Rafael Ogando <br> 925 Research Atlanta Dr. <br> Atlanta, GA 30331 | | | personal loans from officers of corp. | | | | 100,000.00 |
| ACCOUNT NO. <br><br> Maywether Enterprises, Inc. <br> 875 York Ave SW <br> Atlanta, GA 30310 | | | 2008 <br> open account | | | | 12,000.00 |
| ACCOUNT NO. 0905 <br><br> Mobile Mini, Inc. <br> P.O. Box 79149 <br> Phoenix, AZ 85062-9149 | | | 2008 <br> open account | | | | 1,187.18 |

Sheet no._____ of _____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $ 116,012.05

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...                              ,          Case No.  10-82335-jb
_____                                    _____
                     **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Parra Const. & Concrete LLC<br>2903 Davie Dr.<br>Durham, NC 27704 | | | open account | | | | 1,750.00 |
| ACCOUNT NO.<br><br>Power Tool Service, Inc.<br>1420 Collier Road NW<br>Atlanta, GA 30318-2814 | | | 3/10<br>open account | | | | 53.44 |
| ACCOUNT NO. 5466<br><br>RAM Tool A/R Dept.<br>P.O. Box 320979<br>Birmingham, AL 35232 | | | 2008<br>open account | | | | 55,921.31 |
| ACCOUNT NO. 6211<br><br>Reed Construction Data, Inc.<br>P.O. Box 2241<br>Carol Stream, IL 60132-2241 | | | 2009<br>open account | | | | 175.00 |
| ACCOUNT NO.<br><br>Roma Concrete<br>293 Old Ball Ground Rd.<br>Canton, GA 30115 | | | 2007<br>open account | | | | 1,908.00 |

Sheet no._____ of _____ continuation sheets attached                    Subtotal➤    $
to Schedule of Creditors Holding Unsecured                                                        59,807.75
Nonpriority Claims

                                                                              Total➤    $
                        (Use only on last page of the completed Schedule F.)
              (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...                    ,    Case No.  10-82335-jb
                    **Debtor**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Southern Office Machines<br>1555 Williams Drive, #110<br>Marietta, GA 30066 | | | 1/09<br>open account | | | | 273.11 |
| ACCOUNT NO. 3514<br>Sunbelt Rentals<br>P.O. Box 409211<br>Atlanta, GA 30384-9211 | | | 2008<br>open account | | | | 2,457.27 |
| ACCOUNT NO. 0561<br>Suntrust Bank<br>P.O. Box 622227<br>Orlando, FL 32862-2227 | | | 2007<br>credit account | | | | 5,094.35 |
| ACCOUNT NO.<br>Sprint<br>P.O. Box 105243<br>Atlanta, GA 30348-5243 | | | 2003<br>Nextel service | | | | 600.22 |
| ACCOUNT NO. 6037<br>Thomas Concrete<br>P.O. Box 725569<br>Atlanta, GA  31139 | | | 2008<br>open account | | | | 3,227.90 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  11,652.85

Total➤  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Atlanta's Cascade Concrete ...                    ,          Case No.   10-82335-jb
_____                              _____
            **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4219 <br><br> United Rentals <br> P.O. Box 100711 <br> Atlanta, GA 30384-0711 | | | 2008 <br> open account | | | | 3,227.90 |
| ACCOUNT NO. 2708 <br><br> USA Ready Mix USA, LLC <br> P.O. Box 2069 <br> Woodstock, GA 30188 | | | 2006 <br> open account | | | | 16,322.11 |
| ACCOUNT NO. <br><br> Walker Concrete <br> P.O. Box 2637 <br> Stockbridge, GA 30281 | | | 2006 <br> open account | | | | 54,640.98 |
| ACCOUNT NO. 684 <br><br> Walker Construction Product <br> 9344 south Main Street <br> Jonesboro, GA 30236 | | | 2007 <br> open account | | | | 1,544.08 |
| ACCOUNT NO. 2000 <br><br> HD Supply-White Cap <br> P.O. Box 535209 <br> Atlanta, GA 30353-5209 | | | 2007 <br> open account | | | | 518.52 |

Sheet no._____of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤  $  76,253.59

Total➤  $  362,214.98
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re _Atlanta's Cascade Concrete Pumping ..._ ,          Case No. _10-82335-jb_____
         **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Broadview Business Security<br>925 Research Center Atlanta Dr. SW<br>Atlanta, GA 30331-7201 | contract on security system for building<br>expires 1/2012 |
| Great America Leasing Corp.<br>P.O. Box 660831<br>Dallas, TX  75266-0831 | contract for copier machine<br>expires 6/2011 |
|  |  |
|  |  |
|  |  |
|  |  |

B 6H (Official Form 6H) (12/07)

In re  Atlanta's Cascade Concrete Pumping  ,                    Case No.  10-82335-jb
                        **Debtor**                                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Marshell Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Capital Crossing Servicing Co.,LLC<br>101 Summer Street<br>Boston, MA  02110 |
| Rafael Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Capital Crossing Servicing Co.,LLC<br>101 Summer Street<br>Boston, MA  02110 |
| Rafael Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | SunTrust Bank<br>P.O. Box 79079<br>Baltimore, MD  21279 |
| Rafael Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Wells Fargo Business Direct<br>P.O. Box 348750<br>Sacramento, CA  95834 |
| Marshell Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Georgia Dept. of Labor<br>Unemployment Taxes<br>1630 Phoenix  Blvd. #204<br>College Park, GA 30349 |
| Marshell Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Georgia Dept. of Revenue<br>Processing Center<br>P.O. Box 105544<br>Atlanta, GA  30348-5544 |
| Marshell Ogando<br>925 Research Center Atlanta Dr.<br>Atlanta, GA  30331 | Internal Revenue Service<br>P.O. Box 804522<br>Cincinnati, OH  45280-4522 |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Georgia

In re   Atlanta's Cascade Concrete ... ,
Debtor

Case No.   10-82335-jb

Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | | 1 | $ 195,000.00 | | |
| B - Personal Property | | 3 | $ 557,614.21 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | 2 | | $ 950,171.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | | 3 | | $ 106,997.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | | 8 | | $ 362,214.98 | |
| G - Executory Contracts and Unexpired Leases | | 1 | | | |
| H - Codebtors | | 1 | | | |
| I - Current Income of Individual Debtor(s) | | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | | | | | $ |
| TOTAL | | 19 | $ 752,614.21 | $ 1,419,383.56 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Georgia

In re  Atlanta's Cascade Concrete ...         ,          Case No.   10-82335-jb
          Debtor

Chapter   11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

□ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Georgia

In re  Atlanta's Cascade Concrete Pumping & Foundations, Inc.          Case No.: 10-82335-jb


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORTION OR PARTNERSHIP


I declare under penalty of perjury that I have read the foregoing summary and schedules,
consisting of _____ sheets, and that they are true and correct to the best of my knowledge,
information, and belief.


Date  _____8-24-2010_____          Signature: _____
                                          Marshell Ogando, President

B 7 (Official Form 7) (04/10)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In re: Atlanta's Cascade Concrete ...      ,      Case No. 10-82335-jb
       Debtor                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

1. **Income from employment or operation of business**

None
☐
       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,263,213.00 | 1/2008 - 8/2010 gross sales |

2

**2.  Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                                    SOURCE

---

**3.  Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

3

None
☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☑    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

None
☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one
year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

---

### 5. Repossessions, foreclosures and returns

None
☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

4

**6.  Assignments and receiverships**

None


a.  Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
|---|---|---|---|

**7.  Gifts**

None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY  INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Allen Meadors 50 Hurt Plaza, Atlanta, GA | 8/2/10 | $10,000.00 |

### 10. Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None ☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| SunTrust Bank, Atlanta, GA | Marsell/Rafael Ogando 925 Research Center | nothing | |

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| | | |

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| | | |

**15. Prior address of debtor**

None ☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 3915 Cascade Rd., SW Atlanta, GA  30331 | same | 1/06 - 7/08 |

7

**16. Spouses and Former Spouses**

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**



a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing

executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Atlanta's Cascade Concrete & Pumping | 02-0666489 | 925 Research | concrete consutruction | 1/03 - present |

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director,  managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, records and financial statements**

None
☐   a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Regina Page Tax & Account. Solutions | 2005-2009 |
| Forrestall, Galeano & Li, CPA | 2009 |

None
☑   b.  List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                                ADDRESS                                DATES SERVICES RENDERED

9

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Marshell & Rafael Ogando | 925 Research Center Atlanta Dr., Atlanta, GA  30331 |

None ☑    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| | |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|
| 01/10/2010 | Floyd Proctor | $12,000.00 |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|
| 01/10/2010 | Marshell & Rafael Ogando |

### 21 . Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|
| | | |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Marshell Ogando | President | common - 69% |
| Rafael Ogando | Vice-president | common - 31% |

10

**22 . Former partners, officers, directors and shareholders**

None
☑
a.    If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS               DATE OF WITHDRAWAL

None
☑
b.    If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE             DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Marshall Ogando | 8/09 - 8/10 | $30,000.00 |
| Rafael Ogando | 8/09 - 8/10 wages | $30,000.00 |

---

**24. Tax Consolidation Group.**

None
☑
If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER-IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☑
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND         TAXPAYER-IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____

Signature
of Debtor           _____

Date _____

Signature of
Joint Debtor
(if any)            _____

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    8-24-2010                    Signature _____

Print Name and
Title               Marshell Ogando, President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer       Social-Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person, or partner who signs this document.*

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.***