UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 10-82335-jrs |
| | : | |
| ATLANTA'S CASCADE CONCRETE | : | |
| PUMPING & FOUNDATIONS, INC., | : | CHAPTER 11 |
| | : | |
| DEBTOR. | : | |
| | : | |

**<u>UNITED STATES TRUSTEE'S MOTION TO DISMISS</u>**

COMES NOW Donald F. Walton, United States Trustee for Region 21, pursuant to 28 U.S.C. § 586(a)(3) and 11 U.S.C. §§ 307, 1112(b) and respectfully moves this Court to dismiss this case. In support of this motion, the United States Trustee shows the Court as follows:

1. The Debtor filed a Voluntary Petition under chapter 11 on August 2, 2010.

2. The Court has jurisdiction of this proceeding pursuant to 28 U.S.C. §§ 157 and 1334.

3. The Debtor has only filed two monthly operating reports covering the periods of August 2010 and September 2010 since filing its petition in August 2010.

4. Monthly operating reports are required by Bankruptcy Rule 2015 and the Operating Guidelines of the United States Trustee.

5. The Debtor is also delinquent in the payment of quarterly fees to the United States Trustee in the amount of $1,625.

6. A court shall convert or dismiss a chapter 11 petition for cause. 11 U.S.C. § 1112(b).

7. 11 U.S.C. § 1112(b), in pertinent part, provides as follows:

> [T]he court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause. . . .
> (4) For purposes of this subsection, the term "cause" includes –

>(F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or any rule applicable to a case under this chapter...
>(H) failure timely to provide information or attend meetings reasonably requested by the United States Trustee (or the bankruptcy administrator, if any)...
>(J) failure to file a disclosure statement, or to file or confirm a plan, within the time fixed by this title or by order of the court . . .
>(K) failure to pay any fees or charges required under chapter 123 of title 28...

8. The inability of the Debtor to effectuate a plan under chapter 11 constitutes cause for the dismissal of a chapter 11 case. See 11 U.S.C. § 1112(b)(1-2); In re 266 Washington Assoc., 141 B.R. 275, 288 (Bankr.E.D.N.Y. 1992).

9. The Debtor's chapter 11 case has been pending for over seven months, but the Debtor has failed to confirm a plan of reorganization. Furthermore, a secured creditor has already filed an objection to the Debtor's proposed preliminary plan (the "Plan") due to the plan's failure to provide adequate information to allow creditors to make an informed judgment about the Plan.

10. Additionally, as a result of the Debtor's failure to file any of the required monthly operating reports since September 2010, the efforts of the United States Trustee to monitor this case have been severely hampered.

WHEREFORE, the United States Trustee respectfully requests that the this Court dismiss this chapter 11 case, and grant such other relief as is necessary and appropriate.

>DONALD F. WALTON
>UNITED STATES TRUSTEE, REGION 21
>
> /s/ *Martin S. Ochs*
>MARTIN P. OCHS
>New York Bar No. MO-1203
>Georgia Bar No. 091608
>Office of the United States Trustee
>362 Richard Russell Building
>75 Spring Street

Atlanta, Georgia 30303
Tel: (404) 331-4437
E-mail: martin.p.ochs@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2011, I served a copy of this Motion to Dismiss this Chapter 11 Case, by United States First Class Mail, with adequate postage to ensure delivery to:

Atlanta's Cascade Concrete Pumping &
Foundations, Inc.
925 Research Center Atlanta Dr.
Atlanta, GA 30331

Allen Meadors
The Hurt Building, Suite 930
50 Hurt Plaza
Atlanta, GA 30303
AccountNet, Inc.
1325 Satellite Blvd., NW
Suite 1501
Suwanee, GA 30024-4651

Action Tire
410 Lees Mill Road
Forest Park, GA 30297

Allen Precision Equipment
1550 Boggs Rd.
Duluth, GA 30096

American Express
P.O. Box 650448
Dallas, TX 75265

American Express Bank, FSB
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

Atlanta Fuel
P.O. Box 93586
Atlanta, GA 30377

Broadview Business Security
925 Research Ctr.
Atlanta, GA 30331


Brundage-Bone Concrete

P.O. Box 535272
Atlanta, GA 30353

Capital Crossing Servicing
101 Summer Street
Boston, MA 02110

Capital One Auto Finance
P.O. Box 93016
Long Beach, CA 90809

Cintas Corp., #071
3600 Kennesaw 75 Parkway
Kennesaw, GA 30144

Concerta Occupational Hlth.
P.O. Box 82730
Hapeville, GA 30354

Concrete Pump Supply
1869 S. Cobb Ind. Blvd #20
Smyrna, GA 30082

Construction Materials, Inc.
P.O. Box 11407
Birmingham, AL 35246

Data Fax, Inc.
2001 9th Ave., Ste. 104
Vero Beach, FL 32960

Diamond Speed Products
P.O. Box 502
Franklin Park, IL 60131

Ernst Cobb Cty
1435 Lockhart Dr.
Kennesaw, GA 30144

Ernst Enterprise of Georgia
P.O. Box 809

Lawrenceville, GA 30046

Forrestall, Galeano & Li
4120 Presidential Pkwy.
Atlanta, GA 30340

Georgia Department of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321

GMC
c/o David Martin
5200 Peachtree Roach
Suite 3116
Atlanta, GA 30341

Georgia Department of Labor
Suite 826
148 Andrew Young International Blvd.
Atlanta, GA 30303-1751

Georgia Dept. of Labor
Attn: Tambra Thomas
1630 Phoenix Blvd., #204
College Park, GA 30349

Georgia Dept. of Labor
P.O. Box 740234
Atlanta, GA 30374

Georgia Dept. of Revenue
P.O. Box 105499
Atlanta, GA 30348

Georgia Dept. of Revenue
Processing Center
P.O. Box 1055544
Atlanta, GA 30348

Great American Leasing
P.O. Box 660831
Dallas, TX 75266

GreatAmerica Leasing Corporation
P.O. Box 609

Cedar Rapids, IA 52406

HD Supply-White Cap
P.O. Box 535209
Atlanta, GA 30353

Hitachi Capital America Corp.
21925 Network Place
Chicago, IL 60673

Hitachi Capital America Corp.
Matthew F. Kye, Esq.
Magnozzi & Kye, LLP
1 Expressway Plaza, Suite 114
Roslyn Heights, NY 11577

Home Depot
P.O. Box 6029
The Lakes, NV 88901

Internal Revenue Service
P.O. Box 804522
Cincinnati, OH 45280

J&A Concrete, Inc.
5997 Lanier Blvd.
Norcross, GA 30071

LDI
5442 Frontage Rd., Ste. 125
Forest Park, GA 30297

Lowes Business Account
P.O. Box 530970
Atlanta, GA 30353

Marshell & Rafael Ogando
925 Reseach Atlanta Dr.
Atlanta, GA 30331

Maywether Enterprises, Inc.
875 York Ave., SW
Atlanta, GA 30310

Mobile Mini, Inc.
P.O. Box 79149

Phoenix, AZ 85062

OMI SBA Trust 2009-1
c/o Andrew Matterson, Esq.
Lawson & Moseley
191 Peachtree St., Ste 4600
Atlanta, GA 30303

OMI1 Cascade Construction LLC
c/o Lawson & Moseley, LLP
191 Peachtree Street, Suite 4600
Atlanta, GA 30303

P.O. Box 21126
Philadelphia, PA 19114

Parra Const. & Concrete, LLC
2903 Davie Dr.
Durham, NC 27704

Power Tool Svc.
1420 Collier Rd., NW
Atlanta, GA 30318

RAM Tool A/R Dept
P.O. Box 320979
Birmingham, AL 35232

Reed Construction Data, Inc.
P.O. Box 2241
Carol Stream, IL 60132

Roma Concrete
293 Old Ball Ground Rd.
Canton, GA 30115

Southern Office Machines
1555 Williams Dr.,
#110 Marietta, GA 30066

Sprint
P.O. Box 105243
Atlanta, GA 30348
Stearns Bank
500 13th Street
P.O. Box 750

Albany, MN 56307

Suntrust Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Suntrust Bank
P.O. Box 622227
Orlando, FL 32862

Suntrust Bank
P.O. Box 79079
Baltimore, MD 21279

Thomas Concrete
P.O. Box 725569
Atlanta, GA 31139

United Parcel Service
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, Maryland 21094

USA Ready Mix USA
P.O. Box 2069
Woodstock, GA 30188

United Rentals
P.O. Box 100711
Atlanta, GA 30384

Walker Concrete
P.O. Box 2637
Stockbridge, GA 30281


Walker Construction Product
9344 South Main Street
Jonesboro, GA 30236

Wells Fargo Bank, N.A.
BDD Bankruptcy Dept.
MAC S4101-08C
100 W. Washington Street
Phoenix, AZ 85003

Wells Fargo Business Direct
P.O. Box 348750
Sacramento, CA 95834



By: *s/ Martin P. Ochs*
      Martin P. Ochs
      Trial Attorney

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              :    CASE NO. 10-82335-jrs
                                                    :
ATLANTA'S CASCADE CONCRETE                          :
PUMPING & FOUNDATIONS, INC.,                        :    CHAPTER 11
                                                    :
     DEBTOR.                                        :

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S
MOTION TO DISMISS CASE**

    **PLEASE TAKE NOTICE** that United States Trustee has filed a motion requesting that the above-referenced case be dismissed.

    **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the United States Trustee's motion at  at the United States Bankruptcy Court, Northern District of Georgia, Richard Russell Federal Building, 75 Spring Street, Courtroom 1404, Atlanta, Georgia 30303, at 10:00 on the **26th** day of **April, 2011.**

    Your rights may be affected by the court's ruling on this motion.  You should read this motion carefully and discuss it with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in this motion or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the motion with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, U. S. Bankruptcy Court**,** Richard Russell Federal Building, 75 Spring Street, SW, 13th Floor, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 24, 2011.

                        DONALD F. WALTON
                        UNITED STATES TRUSTEE, REGION 21

                        *s/ Martin P. Ochs*
                        MARTIN P. OCHS
                        NY Bar No. MO-1203
                        Provisionally Admitted to GA Bar
                        Pursuant to Local Rule 83.1(A)(3)
                        United States Department of Justice
                        Office of the United States Trustee
                        362 Richard B. Russell Building

75 Spring Street, S.W.
Atlanta, Georgia  30303
(404)-331-4437
martin.p.ochs@usdoj.gov