**IT IS ORDERED as set forth below:**

Date: July 08, 2011

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 11 |
| | ) | |
| ATLANTA'S CASCADE CONCRETE | ) | CASE NO. 10-82335 - JRS |
| PUMPING & FOUNDATIONS, INC., | ) | |
| | ) | |
| DEBTOR. | ) | |

**ORDER CONVERTING CASE TO CHAPTER 7**

This matter arises on the motion of the United States Trustee to dismiss this case pursuant to Bankruptcy Code section 1112(b) (Doc. No. 40) (the "Motion").  The Motion was scheduled for hearing April 26, 2011.  At the call of the calendar, Lindsay Swift appeared on behalf of the United States Trustee and announced the Debtor's intent to consent to conversion of the case to chapter 7. No party appeared in opposition to the Motion. Accordingly, it is hereby

ORDERED that the Motion is *granted* and this case is *converted* to chapter 7.  The United States Trustee is directed to appoint a chapter 7 trustee.  It is further

ORDERED that -

1) the debtor shall, forthwith, turn over to the chapter 7 trustee all records and property of the estate in its possession or control and shall immediately turnover any other property of the estate which hereinafter comes into its possession or control during the pendency of this case; and

2) the debtor shall cooperate and assist the chapter 7 trustee in identifying, assembling, and collecting property of the estate and shall provide the trustee will all documents pertaining to assets of the estate as the trustee requests; and

3) not later than 14 days after entry of this Order, the debtor shall file a schedule of unpaid debts incurred after the filing of the petition and before conversion of the case, including the name and address of each holder of a claim and serve a copy of the schedule on the trustee and the United States Trustee; and

4) not later than 30 days after entry of this Order, the debtor shall file and transmit to the trustee and the United States Trustee a final report and account regarding the status and disposition of all assets of the estate, including proceeds of assets of the estate; and

5) not later than 30 days after entry of this Order, the debtor shall file and transmit to the United States Trustee monthly operating reports for each month or period through the date of conversion for which the reports have not already been filed; and

6) not later than 30 days after entry of this Order, all professionals employed by the debtor shall file an application for final approval of fees and expenses incurred in or in connection with administration of the case under chapter 11 or, alternatively, turn over to the appointed chapter 7 trustee any and all retainers, monies, or other remuneration received from the debtor from prior to or after the filing of the petition for services rendered in or in connection with the chapter 11 case.

[END OF DOCUMENT]

Prepared by:

_____/s/_____
Lindsay N. P. Swift
Georgia Bar No. 541621
United States Department of Justice
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 331-4437
lindsay.n.swift@usdoj.gov

**DISTRIBUTION LIST**

ALL PARTIES LISTED ON MAILING MATRIX